# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR 08 0888

FILED
DEC 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

UNITED STATES OF AMERICA,

V.

IAN CARL DEPAKAKIBO GARCIA, and
JUAN PAULO DEPAKAKIBO GARCIA

DEFENDANT(S).

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 371 - Conspiracy; 31 U.S.C. § 5332 - Bulk Cash Smuggling; 31 U.S.C. §§ 5316 & 5322 - Failure to File Report on Import of Monetary Instruments; 18 U.S.C. § 1001 - False Statement to Government Agency

---

A true bill.

_____
Foreman

Filed in open court this _____ day of _____

_____
Clerk

BETTY P. LEE

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____
No bail warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 18 U.S.C. 371 and 31 U.S.C. 5332 -- Conspiracy to Commit Bulk Cash Smuggling; Count Two: 31 U.S.C. 5332 -- Bulk Cash Smuggling; Count Three: 31 U.S.C 5316 and 5322 - Failure to File Report on Import of Monetary Instruments; Count Four: 18 U.S.C. 1001 -- False Statement To Government Agency

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Counts One, Two and Four: 5 years in prison, $250,000 fine, 3 years supervised release; $100 special assessment; Count Three: same as above, unless defendant is convicted of Count Three AND Count One, Two or Four, then: 10 years in prison, $250,000 fine, 3 years supervised release, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
DEC 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
▶ JUAN PAULO DEPAKAKIBO GARCIA

DISTRICT COURT NUMBER

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Joseph P. Russoniello
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Candace Kelly  *C. Kelly*

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                 Before Judge:

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 18 U.S.C. 371 and 31 U.S.C. 5332 -- Conspiracy to Commit Bulk Cash Smuggling;
Count Two: 31 U.S.C. 5332 -- Bulk Cash Smuggling

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Counts One and Two: 5 years in prison, $250,000 fine, 3 years supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED

▶ IAN CARL DEPAKAKIBO GARCIA    DEC 9 2008

DISTRICT COURT NUMBER
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Joseph P. Russoniello
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Candace Kelly  C. Kelly

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
                         ☐ No

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:            Before Judge:

Comments:

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |

**FILED**

DEC 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**PJH**

UNITED STATES OF AMERICA, )
    Plaintiff, )
    v. )
IAN CARL DEPAKAKIBO GARCIA, and )
JUAN PAULO DEPAKAKIBO GARCIA, )
    Defendants. )

No.  0988

VIOLATIONS: 18 U.S.C. § 371 –
Conspiracy; 31 U.S.C. § 5332 – Bulk Cash
Smuggling; 31 U.S.C. §§ 5316 & 5322 –
Failure to File Report on Import of Monetary
Instruments; 18 U.S.C. § 1001 – False
Statement to Government Agency

SAN FRANCISCO VENUE

### INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>: (18 U.S.C. § 371 and 31 U.S.C. § 5332)

    Beginning at a date unknown, and continuing to on or about December 19, 2003, in the Northern District of California and elsewhere, the defendants,

        IAN CARL DEPAKAKIBO GARCIA, and
        JUAN PAULO DEPAKAKIBO GARCIA,

and others, did knowingly and intentionally conspire to commit offenses against the United States, that is, the defendants conspired to transport and attempt to transport more than $10,000 in currency that was concealed on their persons and in their luggage, from a place outside the United States, that is, Manila, Philippines, to a place inside the United States, that is, the San Francisco International Airport, knowingly and with the intent to evade a currency reporting

INDICTMENT

1  requirement under Title 31, United States Code, Section 5316.

2  <u>OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

3  In furtherance of the conspiracy and to effect its objects, the defendants, IAN CARL
4  DEPAKAKIBO GARCIA, JUAN PAULO DEPAKAKIBO GARCIA, and others committed and
5  caused to be committed the following overt acts, all on or about December 19, 2003, in the
6  Northern District of California and elsewhere:

7      a.     JUAN PAULO DEPAKAKIBO GARCIA carried approximately $50,000, in
8              United States currency, concealed in envelopes located inside a jacket in his carry-
9              on luggage, aboard Philippines Airlines flight 104 from Manila, Philippines, to
10             San Francisco International Airport.

11     b.     IAN CARL DEPAKAKIBO GARCIA carried approximately $50,000, in United
12             States currency, concealed in envelopes located inside a pair of shoes in his carry-
13             on luggage and in the inner pocket of his carry-on luggage, aboard Philippines
14             Airlines flight 104 from Manila, Philippines, to San Francisco International
15             Airport.

16     c.     JUAN PAULO DEPAKAKIBO GARCIA signed a United States Customs Form
17             6059B on behalf of himself and his brother, IAN CARL DEPAKAKIBO
18             GARCIA. On the form, JUAN PAULO DEPAKAKIBO GARCIA marked the
19             "No" box indicating that he and his brother, IAN CARL DEPAKAKIBO
20             GARCIA, were not carrying more than $10,000 in currency.

21     d.     IAN CARL DEPAKAKIBO GARCIA and JUAN PAULO DEPAKAKIBO
22             GARCIA falsely told a Customs Inspector at the San Francisco International
23             Airport that they were carrying a total of $1,000 in United States currency.

24 All in violation of Title 18, United States Code, Section 371 and Title 31, United States
25 Code, Section 5332.

26 //
27 //
28 //

INDICTMENT                           -2-

COUNT TWO: (31 U.S.C. § 5332)

On or about December 19, 2003, in the Northern District of California and elsewhere, the defendants,

IAN CARL DEPAKAKIBO GARCIA, and
JUAN PAULO DEPAKAKIBO GARCIA,

knowingly and with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, concealed on their persons and in their luggage more than $10,000 in currency, and transported and attempted to transport that currency from a place outside the United States, that is, Manila, Philippines, to a place inside the United States, that is, the San Francisco International Airport, in violation of Title 31, United States Code, Section 5332.

COUNT THREE: (31 U.S.C. §§ 5316 and 5322)

On or about December 19, 2003, in the Northern District of California and elsewhere, the defendant,

JUAN PAULO DEPAKAKIBO GARCIA,

knowingly transported, and had transported, monetary instruments of more than $10,000, that is, approximately $100,000, from and through a place outside of the United States, that is, Manila, Philippines, to a place in the United States, that is, the San Francisco International Airport, and willfully failed to file a report regarding the transport of those monetary instruments, knowing that such a report was required to be filed, in violation of Title 31, United States Code, Sections 5316 and 5322.

COUNT FOUR: (18 U.S.C. § 1001)

On or about December 19, 2003, in the Northern District of California, and elsewhere, in a matter within the jurisdiction of the executive branch of the United States, specifically, the United States Customs and Border Protection, formerly the United States Customs Service, the defendant,

JUAN PAULO DEPAKAKIBO GARCIA,

INDICTMENT                     -3-

1 knowingly and willfully made a materially false statement and representation, in that on United
2 States Customs Form 6059B he marked the "No" box indicating that he and his brother, IAN
3 CARL DEPAKAKIBO GARCIA, were not carrying more than $10,000 in currency when in fact
4 they had transported approximately $100,000 in currency from Manila, Philippines, to San
5 Francisco International Airport, in violation of Title 18, United States Code, Section 1001.

7 FORFEITURE ALLEGATION: (31 U.S.C. §§ 5317(c)(1) and 5332(b)(2))
8     The allegations in Counts One through Three of this Indictment are realleged and by this
9 reference fully incorporated herein for the purpose of alleging forfeiture to the United States of
10 America pursuant to the provisions of Title 31, United States Code, Sections 5317(c)(1) and
11 5332(b)(2).
12     Upon conviction of any of the offenses charged in Counts One, Two, or Three, the
13 defendants,

        IAN CARL DEPAKAKIBO GARCIA, and
        JUAN PAULO DEPAKAKIBO GARCIA,

shall forfeit to the United States, any property, real or personal, involved in the offense of
conviction and any property traceable thereto, including but not limited to the $100,000 in United
States Currency seized on December 19, 2003.

DATED:                                    A TRUE BILL

12/9/08                                     /s/
                                            FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: ___/s/___
                         AUSA Kelly

INDICTMENT

-4-