JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
JUAN PAULO GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff<br><br>JUAN PAULO D. GARCIA<br><br>             Defendant | CASE NO. CR-08-0888 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER WAIVING PERSONAL APPEARANCE OF DEFENDANT** |

   IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Juan Paulo Garcia that his personal appearance be waived for the hearing presently scheduled for June 28, 2010 at 10:00 a.m.

   At the hearing scheduled for June 28, 2010, it is expected that a substantive hearing or trial date will be set. Mr. Garcia's counsel will personally notify Mr. Garcia of any dates set.

   Because Mr. Garcia is a resident of Michigan and his travel would be unduly burdensome given that the upcoming hearing will be primarily for the purpose of calendaring, the parties stipulate that it is appropriate to waive the defendant's personal appearance for the status hearing currently scheduled for June 28, 2010.

1

| | | |
|---|---|---|
| 1 | DATED: June 24, 2010 | Campbell & Jayne LLP |
| 2 | | |
| 3 | | By:  */s/ Julia Mezhinsky Jayne* |
| 4 | | JULIA MEZHINSKY JAYNE<br>Attorneys for Defendant<br>JUAN PAULO GARCIA |
| 5 | DATED: June 24, 2010 | UNITED STATES ATTORNEY'S OFFICE |
| 6 | | |
| 7 | | By:  */s/ Hartley West* |
| 8 | | HARTLEY WEST<br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

**ORDER**

**IT IS SO ORDERED.**

DATED:  6/28/2010

HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

2